STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249
    FAX: (415) 436-7234
    Email:  andrew.scoble@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-mj-70620 MAG |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| IVAN ANTONIO DIAZ-VELASQUEZ, | |
| Defendant. | |

On May 18, 2022, defendant IVAN ANTONIO DIAZ-VELASQUEZ came before the Court for a detention hearing.  (He had previously appeared on a Rule 5 Notice following his arrest in this district for allegedly violating the conditions of supervised release following a conviction in the District of Arizona (Case No. CR-18-02289-001-TUC-JGZ), and had waived his right to an identity hearing.)  The defendant was present in custody and represented by Assistant Federal Public Defender Gabriela Bischof.  Assistant United States Attorney Andrew M. Scoble appeared for the government.  The government moved for detention and the defendant opposed.  At the hearing, counsel submitted proffers and argument regarding detention.  The Court also had the benefit of the Presentence Report (PSR) from the underlying case in the District of Arizona.

    Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required, and finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.  Accordingly, the defendant must be detained pending removal to the District of Arizona.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the findings set forth below as the basis for its conclusion.  The findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

The Court notes, as a preliminary matter, that the defendant bears the burden of establishing that he represents neither a flight risk nor a danger to the community.  Fed. R. Crim. P. 32.1.  The Court finds that he has not met that burden.  The record reveals that the defendant has multiple convictions for illegal re-entry, and a felony drug trafficking conviction in 2012 in Salta Lake City, Utah.  In addition, the government proffered two San Francisco Police Department reports detailing the defendant's arrests in the Tenderloin District in August 2021 and again in April 2022 for possession for sale of controlled substances, including fentanyl.  This record demonstrates that the defendant poses a risk of danger to the public.  Additionally, the Court has to conclude that the defendant poses a risk of flight should he be released.  While the Court appreciates the defendant's proffered motivation of making money in order to send it to family members in Honduras for purchase of medication, the defendant's conduct suggests that he is willing to engage in criminal conduct in order to fulfill that purpose.

Based on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, and by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community, should the defendant be released on bail to make his own way back to the District of Arizona for proceedings on the Form 12 there.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for

removal forthwith to the District of Arizona and confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    2.    The defendant be afforded reasonable opportunity for private consultation with counsel; and

    3.    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

    IT IS SO ORDERED.

DATED: May 20, 2022

_____
HON. JOSEPH C. SPERO
United States Chief Magistrate Judge